STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH JAMES PEREZ,<br><br>Defendant. | Case No. CR 11-0572 SI<br><br>[~~PROPOSED~~] RELEASE ORDER |

For the reasons stated on the record, defendant Elijah James Perez is hereby ORDERED released from the custody of the U.S. Marshal Service forthwith. He shall remain on the same terms and conditions of his supervised release.

IT IS SO ORDERED.

May 4, 2020
Date

JOSEPH C. SPERO
United States Magistrate Judge